THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, VERN BAUMAN and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> G.M. RANDA, INC., GREG RANDA, individually, and THE RANDA GROUP, INC. <br><br> Defendants. | Case No.:10-cv-7301 <br><br> Judge: Gary Feinerman |

## AGREED PRELIMINARY INJUNCTION ORDER

This matter coming before the Court on Plaintiffs' Motion for Entry of an Agreed Preliminary Injunction Order Against G.M. Randa, Inc. and Greg Randa, the parties being in agreement, and the Court having reviewed the motion along with the supporting materials, hereby FINDS, ORDERS, and ADJUDGES as follows:

1. Defendants G.M. Randa, Inc. and Greg Randa, and any single employer or alter ego thereof, are enjoined from performing work within the geographic and craft jurisdiction of the Plaintiff Funds or the Construction and General Laborers' District Council of Chicago and Vicinity

unless and until Defendants G.M. Randa, Inc. and Greg Randa have provided a bond in the amount of $10,000.00 to secure their contribution and other obligations to the Plaintiffs.

2. This Agreed Preliminary Injunction Order and the parties' agreement to its terms are without prejudice to Plaintiffs' claims for a final judgment on any of the counts in Plaintiffs' First Amended Complaint, including, but not limited to, Plaintiffs' pending Motion for a Final Judgment on Counts II, III & IV of the First Amended Complaint Pursuant to Federal Rules of Civil Procedure 54(b) and 56 [Docket No. 27]. This Agreed Preliminary Injunction Order and the parties' agreement to its terms shall not be admissible evidence in any assessment of the merits of any claims brought in Plaintiffs' First Amended Complaint.

3. This Court retains jurisdiction to resolve any disputes concerning compliance with this order.

SO ORDERED:

5-6-2011
Judge Gary Feinerman

Date: _____

_____
Todd A. Miller
Kathleen M. Cahill
ALLOCCO, MILLER & CAHILL, P.C.
3409 North Paulina Street
Chicago, Illinois 60657
(773) 868-4841

Attorneys for Defendant

_____
J. Peter Dowd (#0667552)
Michele M. Reynolds (#6237957)
Jeremy M. Barr (#6299047)
Josiah A. Groff (#6289628)
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
(312) 372-1361

Attorneys for Plaintiffs