IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, VERN BAUMAN and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>G.M. RANDA, INC., GREG RANDA, individually, and THE RANDA GROUP, INC.<br><br>    Defendants. | Case No.:10-cv-7301<br><br>Judge: Gary Feinerman |

**PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT
ON COUNTS II, III & IV OF THE FIRST AMENDED COMPLAINT PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 54(b) AND 56**

Plaintiffs MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, VERN BAUMAN and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND (known jointly as "The Funds"), by and through their attorneys, Dowd, Bloch & Bennett, hereby respectfully move the Court for entry of partial summary judgment against Defendants G.M. Randa, Inc. and Greg Randa on Counts II, III and IV of the Amended Complaint,  and for a finding that the

judgment is a final judgment under Federal Rule of Civil Procedure 54(b). In support of this motion, the Plaintiffs state:

1. Plaintiffs filed their First Amended Complaint [Docket No. 10] on December 13, 2010. The First Amended Complaint contained the following five counts:

   (a) Count I seeks payment of delinquencies from Defendant Company as found in an audit for the period of May 1, 2007 through June 30, 2010, for a total principal amount of $96,895.98. Count I is brought under the Employee Retirement Income Security Act of 1974, as amended ("ERISA") Section 515, 29 U.S.C. §1145, and the Labor Management Relations Act ("LMRA") Section 301, 29 U.S.C. §185, giving this Court jurisdiction over the case and making venue proper pursuant to under ERISA Sections 502(e)(1) and (2), 29 U.S.C. 1132(e)(1) and (2), 29 U.S.C. 1002(5) and Section 101 of the LMRA, 29 U.S.C. 152(2).

   (b) Count II seeks the payment of the balance of an installment note from Defendant Company and Randa. Jurisdiction over this count is based on 28 U.S.C. §1367, and venue is proper pursuant to 28 U.S.C. §1391(b).

   (c) Count III seeks a finding of breach of contract for failure to provide a bond in the amount of $25,000 from Defendant Company and Randa. Jurisdiction over this count is based on 28 U.S.C. §1367, and venue is proper pursuant to 28 U.S.C. §1391(b).

   (d) Count IV seeks a confession of judgment for the balance of the installment note from Defendant Company and Randa. Jurisdiction over this count is based on 28 U.S.C. §1367, and venue is proper pursuant to 28 U.S.C. §1391(b).

   (e) Count V seeks to enforce GM Randa's liability against The Randa Group, Inc., as a single employer or alter ego.

2. Defendants filed their Answer to the First Amended Complaint ("Answer" [Docket No. 16]) on January 14, 2011. Defendants' Answer does not raise any affirmative defenses.

3. Since the Funds believe that the material facts underlying Counts II, III and IV of the First Amended Complaint are undisputed and since there is no just reason for a delay in resolving

the claims brought in those counts, on April 13, 2011, the Funds filed a motion for summary judgment on Counts II, III and IV of the First Amended Complaint, including a request that the Court enter a final judgment on those Counts pursuant to Federal Rule of Civil Procedure 54(b).

4. On May 20, 2011, Todd A. Miller, counsel for Defendants G.M. Randa, Inc. and Greg Randa, wrote in an email to counsel for Plaintiffs that Defendants G.M. Randa, Inc. and Greg Randa would not be filing a response to the motion. (A copy of that email is attached hereto as Exhibit A.)

5. Since Defendants GM Randa, Inc. and Greg Randa have not raised any defense to the Funds' motion, the Funds request that the Court enter a final judgment against Defendants GM Randa, Inc. and Greg Randa, jointly and severally, on Counts II, III and IV of the First Amended Complaint, in the amount of $137,695.73, plus attorneys' fees and costs, in the form of the attached order.

WHEREFORE, Plaintiffs MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, VERN BAUMAN and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND request entry of a final judgment against Defendants GM Randa, Inc. and Greg Randa, jointly and severally, on Counts II, III and IV of the First Amended Complaint, in the form of the attached proposed Final Judgment Order on Counts II, III & IV of the First Amended Complaint.

    Respectfully Submitted,

    /s/ Josiah A. Groff
    Josiah A. Groff
    One of Plaintiffs' Attorneys

J. Peter Dowd (#0667552)
Michele M. Reynolds (#6237957)
Jeremy M. Barr (#6299047)
Josiah A. Groff (#6289628)
**DOWD, BLOCH & BENNETT**
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603

312-372-1361

July 1, 2011