# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Gary Feinerman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7301 | **DATE** | 7/5/2011 |
| **CASE TITLE** | Shales, et al. Vs. G.M. Randa, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motions for final judgment on Counts II, III, and IV of the First Amended Complaint [27] [36], which Defendants G.M. Randa, Inc. and Greg Randa have affirmatively stated is unopposed [34-1] [36-1], are granted. Pursuant to Fed. R. Civ. P. 54(b), judgment is entered in favor of Plaintiff Trustees of the Fox Valley Laborers' Health and Welfare Fund and Plaintiff Trustees of the Fox Valley Laborers' Pension Fund, and against Defendants G.M. Randa, Inc. and Greg Randa, jointly and severally, in the amount of $137,695.73. Plaintiffs' request for attorney fees and costs is deferred until after judgment is entered on Counts I and V of the first amended complaint. Motion hearing scheduled for 7/12/2011 [37] is stricken. Status hearing scheduled for 8/4/2011 [31] is stricken and re-set to 7/11/2011 at 9:30 a.m.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

For the reasons articulated by Plaintiffs (Doc. 29 at 13-14), this Rule 54(b) order, which pertains only to the claims set forth in Counts II-IV of the first amended complaint, is truly a final judgment; furthermore, there is no just reason to delay the enforcement or appeal of those claims, which have been finally decided. *See Gen. Ins. Co. of Am. v. Clark Mall, Corp.*, __ F.3d __, 2011 WL 1663374, at *4 (7th Cir. May 4, 2011).

| | Courtroom Deputy Initials: | JD |
|---|---|---|