THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,** <br><br> and <br><br> **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, VERN BAUMAN and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,** <br><br> **Judgment Creditors,** <br><br> v. <br><br> **G.M. RANDA, INC. and GREG RANDA, individually,** <br><br> **Judgment Debtors,** <br><br> **HARRIS BANK,** <br><br> **Third-Party Citation Respondent.** | Case No.:10-cv-7301 <br><br> Judge: Gary Feinerman |

## TURNOVER ORDER TO HARRIS BANK

This matter coming before the Court on Judgment Debtor Greg Randa's Motion to Claim Exemption Under Citation Proceedings and Judgment Creditors Fox Valley Laborers' Health and Welfare and Pension Funds' Motion for Turnover Order to Harris Bank, the Court having reviewed the motions along with the supporting materials, hereby FINDS, ORDERS, and ADJUDGES as follows:

1. Judgment Debtor Greg Randa's Motion to Claim Exemption Under Citation Proceedings is GRANTED. Immediately upon receipt of this order, Harris Bank is ordered to release $4,000.00 to Judgment Debtor Greg Randa from the amount it is holding belonging to Judgment Debtor Greg Randa.

2. Judgment Creditors Fox Valley Laborers' Health and Welfare and Pension Funds' Motion for Turnover Order to Harris Bank is GRANTED. Immediately upon receipt of this order, Harris Bank is ordered to turn over $1,290.56 to Judgment Creditors Fox Valley Laborers' Health and Welfare and Pension Funds from the amount it is holding belonging to Judgment Debtor Greg Randa.

3. The citation issued to Harris Bank remains in effect. Should Harris Bank come to hold any additional non-exempt assets for Judgment Debtors Greg Randa or G.M. Randa, Inc., Harris Bank is ordered to hold those assets until the further order of this Court or the termination of this citation proceeding.

4. Judgment Debtor Greg Randa has hereby exhausted his exemption of personal property pursuant to 735 ILCS 5/12-1001(b).

5. This Court retains jurisdiction to resolve any disputes concerning compliance with this order.

SO ORDERED:

_____ Date: _8/30/2011
Judge Gary Feinerman